IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:12-CV-119-H

ELDER DEFORRORRA LOCUST,  )
                          )
    Plaintiff,         )
                          )
                          )
v.                        )  **ORDER**
                          )
                          )
LENERZA PERRY and LENOIR  )
COUNTY,                   )
                          )
    Defendants.        )

This matter is before the court on various motions filed by plaintiff: (1) motion for court to refuse any request for extension of time to answer [DE #7]; (2) motion for legal action without delay [DE #11]; (3) motion for FBI to begin investigation [DE #12]; (4) motions for default judgment [DE #14 and #15]; and, (5) motion of conspiracy [DE #23].

As to the plaintiff's motion for the court to refuse any request for an extension of time to answer, the court cannot say now how it may rule on a future motion that has not and may not be filed. Therefore, this motion is DENIED [DE #7]. As to the motion for legal action without delay, the court acts on each case, and appropriate motions within that case, in as expeditious a manner as possible considering the court's docket,

including its criminal case load. Therefore, this motion is deemed moot [DE #11].

As to plaintiff's motion for the FBI to begin investigating, there is no evidence in the record which would constitute good cause for such motion. Therefore, the motion [DE #12] is DENIED.

Plaintiff has filed two motions for default judgment. However, plaintiff has filed no proof that service has been made upon the named defendants. Therefore, plaintiff's motions for default [DE #14 and #15] are DENIED. Also before the court is plaintiff's motion of conspiracy [DE #23], which appears to contain more information regarding the plaintiff's motion for default judgment. As the motions for default judgment have been denied, plaintiff's motion for conspiracy [DE #23] is deemed MOOT.

This 14th day of November 2012.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26